IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Violation Notice No.: L0165430

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBBIE F. MARTINEZ,

    Defendant.

## ORDER QUASHING ISSUANCE OF ARREST WARRANT AND SETTING STATUS CONFERENCE

By violation notice number L0165430, Defendant Robbie Martinez has been charged, on or about July 1, 2010, in the State and District of Colorado, with disposing of commercial refuse on Bureau of Land Management (BLM) lands, in violation of 43 C.F.R.. § 8365.1(b)(4).

Defendant was noticed to appear at the United States Courthouse in Grand Junction, Colorado on March 08, 2011 at 1:00 p.m. Defendant failed to appear on March 08, 2011 and the Government moved for issuance of an arrest warrant.

Defendant contacted the U.S. District Court early afternoon on March 08, 2011 to advise the Court that he did not appear because he was attending a hearing in Montrose County Court on March 08, 2011.

Court clerk verified with Montrose County Court clerk that Defendant did appear for hearing at the Montrose County Court on March 08, 2011.

The Court finds Defendant had reasonable cause for non-appearance and no warrant will issue for failure to appear.

Status Conference is set for April 05, 2011 at 2:00 p.m.

Defendant is **ORDERED** to appear at the United States District Court for the District of Colorado in Grand Junction Colorado, 400 Rood Avenue, Courtroom 323, at 2:00 p.m. on April 05, 2011.

Dated and signed this 10th day of March, 2011.

BY THE COURT:

s/ Gudrun J. Rice

-------------------------

Gudrun J. Rice
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on March 10, 2011, a true and correct copy of the foregoing Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Wyatt Angelo
Michelle Heldmyer
Assistant United States Attorneys
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

*Hand Delivered*

Robbie Martinez
749 Cedar creek Ave., J103
Montrose, CO 81401

*By U.S.P.S.*

By: _____
Assistant to Magistrate Judge