IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Violation Notice No.: L0165430

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBBIE F. MARTINEZ,

    Defendant.

## ORDER RELEASING DEFENDANT ON PERSONAL RECOGNIZANCE

By violation notice number L0165430, Defendant Robbie Martinez has been charged, on or about July 1, 2010, in the State and District of Colorado, with disposing of commercial refuse on Bureau of Land Management (BLM) lands, in violation of 43 C.F.R.. § 8365.1(b)(4).

Defendant was first noticed to appear at the United States Courthouse in Grand Junction, Colorado on October 12, 2010. Defendant failed to appear on October 12, 2010 and was given a second notice to appear on November 8, 2010.

Upon Defendant's failure to appear before the Court on November 8, 2010 arrest warrant issued on November 10, 2010.

Defendant was arrested in Montrose, Colorado and taken before the Honorable Jerry J. Montgomery, Montrose County Court Judge, on February 7, 2011, who advised Defendant of the charge of littering on BLM property, the range of punishment and the minimum fine. Defendant was ordered by Judge Montgomery to appear on March 8, 2011 at 1:00 p.m. in the

United States Courthouse at 400 Rood Avenue, Room 323, Grand Junction, Colorado. Defendant was not released from custody by Judge Montgomery.

The Government, through Wyatt Angelo, Assistant United States Attorney, is not seeking pretrial detention of this Defendant.

Upon Defendant's signature of the Appearance Bond attached hereto and return of the signed Appearance bond to the United Sates District Court, (by Fax to 970.241.6214) Defendant is **ORDERED** released from custody in the Montrose County Jail and **ORDERED** to appear at the United States District Court for the District of Colorado in Grand Junction Colorado, 400 Rood Avenue, Courtroom 323, at 1:00 p.m. on March 8, 2011.

Dated and signed this 8th day of February, 2011.

BY THE COURT:

s/ Gudrun J. Rice

---

Gudrun J. Rice
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on February 08, 2010, a true and correct copy of the foregoing Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Wyatt Angelo
Michelle Heldmyer
Assistant United States Attorneys
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

Deputy U.S. Marshal Ross Mueske
U.S. Marshal Service
400 Rood Avenue, Suite 304
Grand Junction,

*Hand Delivered*

District Judge Jerry J. Montgomery
Montrose County Justice Center
Courts Building
1200 North Grand Ave., Bin A
Montrose, CO 81401-3146
*970.252.4309*
*Via Facsimile*

Robbie Martinez
302 West Main
Montrose, CO 81401

*By U.S.P.S.*

By: _____
**Assistant to Magistrate Judge**